O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 09-0496 AHM (PLAx) | Date | February 5, 2009 |
|---|---|---|---|
| Title | JOSEPH GIOVANAZZI v. LINDA SCHUETTE, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On February 3, 2009 Plaintiff filed an "Ex Parte Application for Emergency Temporary Restraining Order" against Defendants. For the reasons stated in the opposition filed by Defendants Robert Bardwil and Samuel Bufford (United States Bankruptcy Judges), the Court DENIES Plaintiff's *ex parte* application. Plaintiff has not established a basis on the merits for the issuance of a temporary restraining order. If Plaintiff wishes to pursue his quiet title action in state court, he should file a notice of voluntary dismissal of the Bankruptcy Judges in this District. Upon such filing this Court will *sua sponte* remand this action to state court.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |